ACCEPTED
03-14-00515-CV
7527881
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/26/2015 12:00:00 AM
JEFFREY D. KYLE
CLERK



TIMOTHY A. HOOTMAN

October 25, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/25/2015 5:36:31 PM
JEFFREY D. KYLE
Clerk

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, TX 78711-2547

Re:   No. 03-14-00515-CV (3rd Court of Appeals)

*Salvatore Magaraci and Estate Protection Planning Corporation
v.
Eduardo S. Espinosa in his Capacity as Receiver of Retirement Value, LLC*

Mr. Kyle:

This is in response to your letter dated October 8, 2015, wherein you instruct me to notify the Court if I intend to argue this case before the court on November 18, 2015, at 1:30 p.m. I intend to argue.

Sincerely,

Timothy Hootman

## Certificate of Service

I hereby certify that, I have served the forgoing document upon opposing counsel by electronic service.

Dated: 10-25-15

Timothy Hootman

Recycled Paper